IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01628–WJM–KMT

MICHELLE K. CARRILLO,

     Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Insurance Company,

     Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Unopposed Motion for Leave to Amend Complaint to Include Life Insurance Waiver of Premium Claims" (Doc. No. 16, filed Oct. 27, 2014) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2). The Clerk of Court is directed to file Plaintiff's First Amended Complaint (Doc. No. 16-1).

Dated: October 29, 2014